IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:26-CV-00928

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>FPG LABS LLC D/B/A OVATION FERTILITY, WAKE FOREST UNIVERSITY HEALTH SCIENCES,<br><br>Defendants. | **ORDER** |

This matter is before the Court on the Parties' Joint Stipulation and Request for Entry of Order Setting Amendment and Response Schedule [Doc. #27]. The Court has considered the Joint Stipulation and finds good cause to approve the agreed schedule to avoid potentially duplicative filings.

The Court also notes that Defendant FPG Labs' deadline for responding to the Plaintiff's Motion to Proceed Under Fictitious Name was October 30, 2026, and no response was filed. It therefore appears that Defendants do not oppose the request. However, it would be helpful to have confirmation of that understanding. Therefore, by December 22, 2026, all Defendants must file a response to Plaintiff's Motion to Proceed Under Fictitious Name [Doc. #2], either noting their lack of objection or setting out the basis for their objection.

IT IS THEREFORE ORDERED that the Motion and Joint Stipulation [Doc. #27] is GRANTED, and Plaintiff shall file and serve a First Amended Complaint on or before December 1, 2026. All Defendants shall file and serve their responses to the First Amended Complaint on or before December 22, 2026. This deadline supersedes earlier response deadlines for the original Complaint and First Amended Complaint.

IT IS FURTHER ORDERED that by December 22, 2026, each Defendant must file a response to Plaintiff's Motion to Proceed Under Fictitious Name [Doc. #2], either noting their lack of objection or setting out the basis for their objection.

This, the 16th day of November, 2026.

Joi Elizabeth Peake
United States Magistrate Judge